**Bruce LUTHER, Plaintiff–Appellant**

v.

**AMERICAN NATIONAL BANK OF MINNESOTA; Johnston Law Office; Scott T. Johnston, Defendants–Appellees.**

No. 13–3117.

United States Court of Appeals, Eighth Circuit.

Submitted: April 2, 2014.

Filed: April 28, 2014.

Bruce N. Luther, Apple Valley, MN, pro se.

Joshua M. Heggem, Richard L. Pemberton, Pemberton & Sorlie, Fergus Falls, MN, for Defendants–Appellees.

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Bruce Luther appeals the district court's[1] adverse grant of judgment on the pleadings, which resulted in the dismissal of all of his claims in his pro se civil complaint citing 42 U.S.C. §§ 1983 and 1985(3). Upon careful de novo review, see *Ashley Cnty., Ark. v. Pfizer, Inc.*, 552 F.3d

659, 665 (8th Cir.2009) (standard of review), we agree with the district court that Luther failed to state a viable claim, see *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (complaint must contain sufficient factual matter, accepted as true, to state claim to relief that is plausible on its face; factual content must allow court to draw reasonable inference of liability); *see also Stone v. Harry*, 364 F.3d 912, 914 (8th Cir.2004) (though pro se complaints are to be construed liberally, they still must allege facts to support claims advanced).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Luther's pending motions.

1. The Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).